**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Michael Paul PUZEY, a/k/a Big Pete, Defendant–Appellant.**

**No. 15–6434.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 21, 2015.

Decided: July 24, 2015.

Michael Paul Puzey, Appellant Pro Se. Paul Thomas Camilletti, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

Before WILKINSON and MOTZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Paul Puzey appeals from the district court's order denying his motion for reduction of sentence, 18 U.S.C. § 3582(c) (2012). We have reviewed the record and find no abuse of discretion and no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Puzey,* No. 3:00–cr–00057–GMG–RWT–16 (N.D.W.Va. Mar. 16, 2015) We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*